UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/2012
```

CIFG ASSURANCE NORTH AMERICA, INC.,

                        Plaintiff,

-v-

HSBC BANK USA, NATIONAL ASSOCIATION,

                        Defendant.

No. 11 Civ. 7397 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court has been informed that the parties have reached an agreement in principle to settle all claims in this matter. Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice but without costs; provided, however, that within thirty days of the date of this Order, any party may apply by letter for restoration of this action to the calendar of the undersigned, in which event the action will be restored.

SO ORDERED.

Dated:     June 18, 2012
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE